John Eric Olson (JO4394)
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006-3739
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

The Continental Insurance Company

                            Plaintiff,

            - against –

Northwest Airlines, Inc. and American Airlines,
Inc.,

                            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Index No.

08 civ.4197

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, The Continental Insurance Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

SEE ATTACHED

Date:  May 1, 2008

_____
Signature of Attorney

Attorney Bar Code:  (JO#4394)



**Loews Corporation** - New York, NY
- Boardwalk Pipeline Partners, LP (Subsidiary) - Owensboro, KY
  - Gulf South Pipeline Company, LP (Subsidiary) - Houston, TX
- Bulova Corporation (Subsidiary) - Woodside, NY
  - Manufacturing Division-Watches (Division) - Woodside, NY
  - Bulova/Wittnauer International, Inc. (Subsidiary) - Woodside, NY
  - Bulova Watch Company Limited (Subsidiary) - Toronto, Canada
- Carolina Group (Subsidiary) - Greensboro, NC
  - Lorillard Tobacco Company (Subsidiary) - Greensboro, NC
- CNA Financial Corporation (Subsidiary) - Chicago, IL
  - CNA (Subsidiary) - Columbus, OH
  - CNA Insurance Companies (Subsidiary) - Chicago, IL
    - CNA Insurance (Branch) - Reading, PA
    - The Buckeye Union Insurance Company (Division) - Columbus, OH
    - CNA Insurance (Division) - New York, NY
    - Continental Casualty Company (Division) - Chicago, IL
    - **The Continental Insurance Company** (Division) - Chicago, IL
    - Continental Insurance Corp (Division) - Chicago, IL
    - Firemen's Insurance Company of Newark, New Jersey (Division) - Chicago, IL
    - Kansas City Fire and Marine Insurance Company (Division) - New York, NY
    - National-Ben Franklin Insurance Company of Illinois (Division) - Chicago, IL
    - Pacific Insurance Company (Division) - Chicago, IL
  - CNA National Warranty Corporation (Subsidiary) - Scottsdale, AZ
  - CNA Surety Corporation (Subsidiary) - Chicago, IL
    - CNA Surety Company (Subsidiary) - Sioux Falls, SD
      - Troy Fain Insurance Inc. (Subsidiary) - Tallahassee, FL
  - Columbia Casualty Company (Subsidiary) - Chicago, IL
  - Continental Assurance Company (Subsidiary) - Chicago, IL
    - Valley Forge Life Insurance Company (Subsidiary) - Chicago, IL
- Diamond Offshore Drilling, Inc. (Subsidiary) - Houston, TX
- Loews Hotels Holding Corporation (Subsidiary) - New York, NY
  - Don CeSar Resort Hotel Ltd. (Subsidiary) - Saint Petersburg, FL
  - Loews Denver Hotel (Subsidiary) - Denver, CO
  - Loews L'Enfant Plaza Hotel (Subsidiary) - Washington, DC
  - Loews Vanderbilt Plaza Hotel (Subsidiary) - Nashville, TN
  - The Regency Hotel (Subsidiary) - New York, NY
  - LJC Development Corp. (Subsidiary) - Montreal, Canada
  - Loews Le Concorde (Subsidiary) - Quebec, Canada
- Texas Gas Transmission, LLC (Subsidiary) - Owensboro, KY
  - Texas Gas Transmission, LLC (Subsidiary) - Madisonville, KY
  - Texas Gas Transmission, LLC (Subsidiary) - Greenville, KY

- Texas Gas Transmission, LLC (Subsidiary) - Bowling Green, KY
- Texas Gas Transmission, LLC (Subsidiary) - Morgan City, LA
- Texas Gas Transmission, LLC (Subsidiary) - Louisville, KY
- Texas Gas Transmission, LLC (Subsidiary) - Dubach, LA
- Texas Gas Transmission, LLC (Subsidiary) - Bastrop, LA
- Texas Gas Transmission, LLC (Subsidiary) - Louisville, KY
- Texas Gas Transmission, LLC (Subsidiary) - Aurora, IN
- Texas Gas Transmission, LLC (Subsidiary) - Corydon, KY
- Texas Gas Transmission, LLC (Subsidiary) - Hardinsburg, KY
- Texas Gas Transmission, LLC (Subsidiary) - Haughton, LA
- Texas Gas Transmission, LLC (Subsidiary) - Lake Cormorant, MS
- Texas Gas Transmission, LLC (Subsidiary) - Hazleton, IN
- Texas Gas Transmission, LLC (Subsidiary) - Covington, TN
- Texas Gas Transmission, LLC (Subsidiary) - Bedford, IN
- Texas Gas Transmission, LLC (Subsidiary) - Lebanon, OH
- Texas Gas Transmission, LLC (Subsidiary) - Eunice, LA
- Texas Gas Transmission, LLC (Subsidiary) - Clarksdale, MS
- Texas Gas Transmission, LLC (Subsidiary) - Greenville, MS
- Texas Gas Transmission, LLC (Subsidiary) - Shelburn, IN
- Texas Gas Transmission, LLC (Subsidiary) - Youngsville, LA
- Texas Gas Transmission, LLC (Subsidiary) - Oaktown, IN
- Texas Gas Transmission, LLC (Subsidiary) - Iowa, LA
- Texas Gas Transmission, LLC (Subsidiary) - Sterlington, LA