McDermott & Radzik, LLP
Daniel G. McDermott (DM3449)
Matthew T. Loesberg (ML3708)
Wall Street Plaza
88 Pine Street - 21st Floor
New York, NY 0005-1801
(212) 376-6400
Attorneys for Defendant
Northwest Airlines, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
THE CONTINENTAL INSURANCE COMPANY,

                    Plaintiff,

        - against -

NORTHWEST AIRLINES, INC. and AMERICAN
AIRLINES, INC.,

                    Defendants.

-------------------------------------------------------------------x

ECF CASE

08 CV 4197 (CM)(KNF)

**RULE 7.1 STATEMENT**

           Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for Northwest Airlines, Inc. (a private non-governmental party) certifies that the

following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly

held: Northwest Airlines Corporation.

Dated: New York, New York
       July 15, 2008

McDERMOTT & RADZIK, LLP
Attorneys for Defendant Norwest   Airlines, Inc.

By:_____s/ Matthew T. Loesberg_____
   Matthew T. Loesberg  (ML 3708)
   Wall Street Plaza
   88 Pine Street - 21st Floor
   New York, NY 0005-1801
   MLoesberg@McDermottRadzik.com
   (212) 376-6400
   File: 7-08-7071 (DGM/MTL)